No. 221. GANTZ v. UNITED STATES. November 9, 1942. Petition for rehearing denied. The motion to stay execution of the mandate of the Circuit Court of Appeals is also denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 382. McDONALD ET AL. v. HUDSPETH, WARDEN. November 9, 1942. Petition for rehearing denied. The "Petition for Court Order" is also denied.

No. —, Original. EX PARTE FRANK CONTARDI. November 16, 1942.

No. 137. ABRAHAM ET AL., TRUSTEES, v. HIDALGO COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT No. 1, ET AL. November 16, 1942.

No. 306. MINER, SUCCESSOR TRUSTEE, v. RECONSTRUCTION FINANCE CORPORATION. November 16, 1942.

No. 343. THOMPSON v. GEORGIA. November 16, 1942.

No. 347. KALB v. YELLOW MANUFACTURING ACCEPTANCE CORP. November 16, 1942.

No. 393. BARRY ET AL. v. CHRYSLER CORPORATION ET AL. November 16, 1942. Petition for rehearing denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application.